■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARNELL EPPS, Appellant. [831 NYS2d 341]—Appeal by the defendant, by permission, from an order of the Supreme Court, Kings County (Reichbach, J.), dated August 1, 2005, which denied, without a hearing, his motion pursuant to CPL 440.10 to vacate a judgment of the same court dated November 15, 2000, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the order is affirmed.

Contrary to the defendant's contention, *People v Payne* (3 NY3d 266 [2004]) and *People v Suarez* (6 NY3d 202 [2005]) do not apply retroactively (*see Policano v Herbert*, 7 NY3d 588 [2006]; *People v Pepper*, 53 NY2d 213, 221 [1981]). Even under the standard espoused in *People v Hafeez* (100 NY2d 253 [2003]), which was decided after this Court rendered its decision and order on the defendant's direct appeal (*see People v Epps*, 305 AD2d 697 [2003]) but before his conviction became final (*see Policano v Herbert, supra*), the evidence was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see People v Vaughn*, 2 AD3d 656 [2003]; *People v Marsh*, 140 AD2d 631 [1988]).

The defendant's remaining claims regarding alleged ineffective assistance of trial counsel are procedurally barred (*see* CPL 440.10 [2] [a], [c]). Rivera, J.P., Santucci, Angiolillo and Dickerson, JJ., concur.